

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00037-CV

SHELLEY ELLISON, Appellant

V.

JAMES N. ELLISON, Appellee

Appeal from the 310th District Court of Harris County.   (Tr. Ct. No. 2012-095958).

**TO THE 310TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 18th day of December 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> The Court today considered the parties' agreed motion to reverse the trial court's decree and remand to the trial court for entry of a new decree based on their agreement.   After due consideration and in accordance with Texas Rule of Appellate Procedure 42.1(a)(2)(B), the Court **denies** the motion insofar as it seeks reversal, **sets aside** the trial court's judgment without regard to the merits, and **remands** the case to the trial court for rendition of judgment in accordance with the parties' agreement.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered December 18, 2014.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 20, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

